JODI LINKER
Federal Public Defender
VARELL L. FULLER
Assistant Federal Public Defender
55 S. Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Fax: (408)-291-7399
Varell_Fuller@fd.org

Counsel for Defendant GOU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JUNWEI GUO,<br>Defendant. | No. CR 26-70083 VKD<br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS HEARING AND SET STATUS/CHANGE OF PLEA HEARING |

**STIPULATION**

Mr. Guo is currently set for a status hearing on September 10, 2026. The parties respectfully request that the Court continue the status hearing from September 10, 2026, to September 23, 2026.

The reason for the requested continuance is that the parties have tentatively reached a negotiated disposition that is awaiting supervisory approval by the government. Accordingly, the parties respectfully request that the Court continue the status hearing currently scheduled for September 10, 2026, to September 23, 2026, and set the matter for a status/change-of-plea hearing on that date.

The parties stipulate and agree that time may be excluded under the Speedy Trial Act between September 10, 2026, and September 23, 2026, for effective preparation of counsel and in the interests of justice. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED.

Dated: September 9, 2026

JODI LINKER
Federal Public Defender
___________/s/________________
VARELL L. FULLER
Assistant Federal Public Defender

Dated: September 9, 2026

CRAIG H. MISSAKIAN
United States Attorney
__________/s/________________
CHRISTINA LIU
Assistant United States Attorney

[~~PROPOSED~~] **ORDER**

GOOD CAUSE APPEARING, and upon stipulation of the parties, IT IS HEREBY ORDERED that the status hearing currently set for September 10, 2026, is continued to September 23, 2026, at 1:00 p.m., and shall be set as a status/change of plea hearing.

IT IS FURTHER ORDERED that the time from September 10, 2026, through and including September 23, 2026, shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and § 3161(h)(7)(B)(iv).

THE COURT FINDS that failure to exclude the time from September 10, 2026, through and including September 23, 2026, would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice served by excluding this time outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the Court excludes this period pursuant to 18 U.S.C. § 3161(h)(7)(A) and § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: September 9, 2026 Virginia K. DeMarchi
HONORABLE VIRGINIA K. DeMARCHI
United States Magistrate Judge